# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | 3:12 CR 00159 |
| CHAD EDWARD WARRICK, | ) | Judge Marvin E. Aspen |
| ANGELA CAMARDA, and | ) | |
| CYNTHIA FAYE HEINZ, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

As indicated in the reassignment order dated March 12, 2014, I have accepted reassignment of this case for retrial. A final pretrial conference will be held on Monday, April 28, 2014 at 9:30 a.m. Trial shall begin on April 29, 2014 at 9:00 a.m. as scheduled.

The deadline for the consummation of any plea agreement remains April 7, 2014, per Judge Campbell's October 24, 2013 scheduling order.

In preparation for trial, the parties shall submit certain pretrial materials on or before April 8, 2014. By that date, the parties shall submit proposed voir dire questions, proposed jury instructions, and a joint statement of the nature of the case (not to exceed one page) to be read to the prospective jurors by the Court at voir dire. If the parties cannot agree on the joint statement, separate statements may be filed and served by April 8, 2014. Written grounds for objections to any voir dire questions and/or jury instructions shall be filed and served on or before April 17, 2014.

In addition, the parties shall file exhibit and witness lists, identifying all evidence they intend to introduce, on April 8, 2014. The parties at that time shall file any stipulations of fact and stipulations regarding the admissibility of potential exhibits or witness testimony. The

parties shall also indicate the anticipated length of the trial and the preferred number of alternate jurors.

Motions in limine shall be filed on or by April 8, 2014, with responses due April 15, 2014. On April 22, 2014, the parties shall file a joint proposed verdict form. If the parties cannot agree on a joint verdict form, separate forms shall be filed and served on or before April 22, 2014.

All of the above filings should be filed electronically via CM/ECF. On the date of these filings, the parties shall also fax a copy thereof to the Court's chambers (312-554-8515). In the unlikely event that the filings would generate a fax exceeding 40 pages in length, the parties shall simply fax a notice to chambers indicating that the filings were submitted via CM/ECF as instructed.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:    Chicago, Illinois
          March 18, 2014