# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | 3:12 CR 00159 |
| CHAD EDWARD WARRICK, ) | Judge Marvin E. Aspen |
| ANGELA CAMARDA, and ) | |
| CYNTHIA FAYE HEINZ, ) | |
| ) | |
| Defendants. ) | |

## ORDER

We have reviewed Defendant Warrick's pending motions, filed April 4, 2014. Defendant's Motion for Leave to File Under Seal is granted (Dkt. No. 83).

We also grant Defendant's unopposed motion requesting a continuance of the trial set for April 29, 2014 (Dkt. No. 82). Defendant filed a Waiver of Speedy Trial (Dkt. No. 85), and he consents to continuance of the trial until a later date. Accordingly, the April 29, 2014 trial date is stricken, along with all deadlines for the filing of pretrial materials.

A preliminary pretrial conference will be held on Monday, April 28, 2014 at 9:30 a.m. At the conference, we will set a new trial date.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated: Chicago, Illinois
April 7, 2014