UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) 3:12 CR 00159 |
| CHAD EDWARD WARRICK, | ) Judge Marvin E. Aspen |
| ANGELA CAMARDA, and | ) |
| CYNTHIA FAYE HEINZ, | ) |
| | ) |
| Defendants. | ) |

## ORDER

We hereby strike the pretrial conference currently scheduled to take place on Monday, April 28, 2014 at 9:30 a.m.

A preliminary pretrial conference will be held on Friday, May 16, 2014 at 10 a.m. At the conference, we will set a new trial date.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:    Chicago, Illinois
          April 25, 2014