UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | 3:12 CR 00159 |
| CHAD EDWARD WARRICK, ) | Judge Marvin E. Aspen |
| ANGELA CAMARDA, and ) | |
| CYNTHIA FAYE HEINZ, ) | |
| ) | |
| Defendants. ) | |

## ORDER

We have reviewed the Government's motion for an extension of time for the parties to submit certain pretrial materials (Dkt. No. 90). This motion is hereby granted. The parties shall submit their proposed voir dire questions, proposed jury instructions, and joint statement of the nature of the case on or by July 7, 2014, with objections due July 11, 2014.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:   Chicago, Illinois
         June 30, 2014