UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) 3:12 CR 00159 |
| CHAD EDWARD WARRICK, | ) Judge Marvin E. Aspen |
| ANGELA CAMARDA, and | ) |
| CYNTHIA FAYE HEINZ, | ) |
| | ) |
| Defendants. | ) |

## ORDER

We have reviewed the Government's second, unopposed motion for an extension of time for the parties to submit certain pretrial materials (Dkt. No. 92). This motion is hereby granted. The parties shall submit their proposed voir dire questions, proposed jury instructions, joint statement of the nature of the case, exhibit and witness lists, and stipulations on or by July 28, 2014. Objections to the above shall be due August 4, 2014. Motions in limine shall be filed on or by August 11, 2014, with responses due August 18, 2014.

SO ORDERED:

/s/ Marvin E. Aspen
Marvin E. Aspen
United States District Judge

Dated:    Chicago, Illinois
           July 14, 2014