UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) 3:12 CR 00159 |
| CHAD EDWARD WARRICK, | ) Judge Marvin E. Aspen |
| ANGELA CAMARDA, and | ) |
| CYNTHIA FAYE HEINZ, | ) |
| | ) |
| Defendants. | ) |

## ORDER

As previously arranged with parties, Defendants Warrick, Camarda, and Heinz shall appear to submit their pleas on Wednesday, September 3, 2014 at 10:00 a.m.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:     Chicago, Illinois
           August 26, 2014