UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | 3:12 CR 00159 |
| CHAD EDWARD WARRICK, | ) | Judge Marvin E. Aspen |
| ANGELA CAMARDA, and | ) | |
| CYNTHIA FAYE HEINZ, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

As discussed in open court today, Defendants shall be sentenced, in three separate hearings, on December 8, 2014 in Courtroom 783. On that date, Mr. Warrick's sentencing hearing will take place at 9:00 a.m., Ms. Heinz's sentencing hearing will take place at 10:00 a.m., and Ms. Camarda's sentencing hearing will take place at 11:00 a.m.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:   September 3, 2014
         Nashville, Tennessee