UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | 3:12 CR 00159 |
| CHAD EDWARD WARRICK, ) | Judge Marvin E. Aspen |
| ANGELA CAMARDA, and ) | |
| CYNTHIA FAYE HEINZ, ) | |
| ) | |
| Defendants. ) | |

## ORDER

We hereby strike the sentencing hearings set for December 8, 2014 in this matter.

The sentencing hearing for Defendant Angela Camarda will take place on Monday, December 15, 2014 at 9:30 a.m., in Courtroom 783.

The sentencing hearing for Defendant Chad Warrick will take place on Tuesday, December 16, 2014 at 9:30 a.m. Defendant Cynthia Heinz's sentencing hearing will take place thereafter, on December 16, 2014 at 10:30 a.m.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:     September 29, 2014
           Chicago, Illinois